Karl N. Haws (SBN 121638)
*khaws@mohlaw.com*
**MUNDELL, ODLUM & HAWS LLP**
650 East Hospitality Lane, Suite 470
San Bernardino, CA 92408
Telephone: (909) 890-9500

Lisa Dearden Trépanier (SBN 156302)
*LisaT@trepaniertajima.com*
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
North Hollywood, California 91602
Telephone: (323) 487-1101

Attorneys for Defendants
Corporation of the President of the Church of Jesus Christ of Latter-day Saints and The Church of Jesus Christ of Latter-day Saints

*Note Change Made by Court*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CL DOE, a minor, by and through his Guardian ad Litem, JAMES MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendants. | Case No. 5:23-cv-02005-JFW (KKx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND REMANDING TO STATE COURT**<br><br>Pretrial Conference: Sept. 20, 2024<br>Trial Date:                  Oct. 8, 2024 |

1  Having read and considered the Stipulation to Dismiss Case Without Prejudice and
2  Remand to State Court, and Good Cause appearing, the COURT HEREBY ORDERS the
3  above-captioned action is remanded to the Riverside Superior Court, Case No.
4  CVRI2304707.

**IT IS SO ORDERED.**

Dated: _December 14, 2023

_____
HON. JOHN F. WALTER
United States District Court Judge